AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Wigenton, Susan D | 2. Court or Organization<br><br>District of New Jersey | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>50 Walnut Street, Courtroom 5C<br>Post OfficeBox 999<br>Newark, New Jersey 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | St. Paul Baptist Church |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 27 A 10: 58
DISCLOSURE OFFICE FINANCIAL
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/1997 | Giordano, Halleran & Ciesla, P.C.,- Share in contingency fees of personal injury matters. |
| 2. 4/2000 | Hobbie, Corrigan, Bertucio & Tashjy, P.C., - Share in contingency fees of personal injury matters referred as a result of closed practice. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Self-employed Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Association | March 23 | New York, New York | Honoring the Judiciary | New York, NY, March 23 - Dinner; Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National City Mortgage | Mortgages on Office Building and Rental Properties #'s 1 & 4, Red Bank, NJ (Part VII- lines 1 & 4) | M |
| 2. | Commerce Bank | Mortgage on Lewis Street Rental Property, Eatontown, NJ ( Part VII- line 2) | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Red Bank, NJ (1995-$63,000) | E | Rent | N | W | | | | | |
| 2. Rental Property #2, Eatontown, NJ (1989-$137,000) | D | Rent | N | W | | | | | |
| 3. Rental Property #3, Red Bank, NJ (1999-inherited) | E | Rent | N | W | | | | | |
| 4. Office Building, Red Bank, NJ (2000-$255,000) | | None | N | W | | | | | |
| 5. Oppenheimer Main Street Income & Growth Fund A | A | Dividend | J | T | | | | | |
| 6. Fidelity Destiny Plans | A | Dividend | K | T | | | | | |
| 7. Citigroup Inc., Common Stock | A | Dividend | J | T | | | | | |
| 8. Rbb/Bedford Money Market Fund | A | Dividend | J | T | | | | | |
| 9. State Street Research Mutual Funds | A | Dividend | K | T | | | | | |
| 10. Fortis Masters Variable Annuity | D | Dividend | M | T | | | | | |
| 11. Microsoft Comon Stock | A | Dividend | J | T | | | | | |
| 12. Cisco Common Stock | A | Dividend | K | T | | | | | |
| 13. Chesapeake Utilities Common Stock | A | Dividend | J | T | | | | | |
| 14. Kellogg Company Common Stock | A | Dividend | J | T | | | | | |
| 15. Dow Chemical Company Common Stock | A | Dividend | J | T | | | | | |
| 16. New Century Energy Common Stock | A | Dividend | J | T | | | | | |
| 17. Comcast Corporation Common Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Daimler/Chrysler Corp., Common Stock | A | Dividend | J | T | | | | | |
| 19. A B Volvo Common Stock | A | Dividend | J | T | | | | | |
| 20. Exxon Mobil Corporation | A | Dividend | K | T | | | | | |
| 21. Synovus Financial Common Stock | A | Dividend | J | T | | | | | |
| 22. Diebold Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 23. Deere and Company Common Stock | A | Dividend | J | T | | | | | |
| 24. Motorola Inc., Common Stock | A | Dividend | J | T | | | | | |
| 25. Newell Rubbermaid Corp. Common Stock | A | Dividend | J | T | | | | | |
| 26. Wells Fargo Corp. Common Stock | A | Dividend | J | T | | | | | |
| 27. PMC Capital Inc., Common Stock | A | Dividend | K | T | | | | | |
| 28. People's Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 29. Wendy's International Common Stock | A | Dividend | J | T | | | | | |
| 30. Powershares ( f/k/a NASDAQ 100), Common Stock | A | Dividend | J | T | | | | | |
| 31. American International Group Common Stock | A | Dividend | J | T | | | | | |
| 32. Colgate-Palmolive Common Stock | A | Dividend | J | T | | | | | |
| 33. Lincoln National Corporation Common Stock | A | Dividend | J | T | | | | | |
| 34. Oneok Incorporated Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Xcel Energy, Inc., Commo Stock | A | Dividend | J | T | | | | | |
| 36. Intel Corporation | A | Dividend | J | T | | | | | |
| 37. Whirlpool (Maytag) Corporation | A | Dividend | J | T | | | | | |
| 38. GTE Corporation | A | Dividend | J | T | | | | | |
| 39. Fifth Third Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 40. Wachovia (First Union) Bank Common Stock | A | Dividend | J | T | | | | | |
| 41. Federal Realty Investment Common Stock | A | Dividend | J | T | | | | | |
| 42. Sky Financial Group Common Stock | A | Dividend | J | T | | | | | |
| 43. CFS Direct Inc., Common Stock | A | Dividend | J | T | | | | | |
| 44. Sovereign Bancorp, Common Stock | A | Dividend | J | T | | | | | |
| 45. National Investor | D | Dividend | K | T | | | | | |
| 46. Lucent Technologies (401K) | B | Dividend | L | T | | | | | |
| 47. IBM Common Stock | A | Dividend | J | T | | | | | |
| 48. Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 49. Time Warner Common Stock | A | Dividend | J | T | | | | | |
| 50. American Express Common Stock | A | Dividend | K | T | | | | | |
| 51. Altria Group Common Stock | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | | |
|---|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Common Stock | A | Dividend | K | T | | | | | |
| 53. Walt Disney Common Stock | A | Dividend | K | T | | | | | |
| 54. XM Satellite Radio | A | Dividend | J | T | | | | | |
| 55. Sirius Satellite Radio | A | Dividend | J | T | | | | | |
| 56. Jet Blue Airlines Common Stock | A | Dividend | J | T | | | | | |
| 57. Ford Motor Co., Common Stock | A | Dividend | J | T | | | | | |
| 58. AMR Common Stock | A | Dividend | K | T | | | | | |
| 59. Taro Pharmaceutical Corp. | A | Dividend | J | T | | | | | |
| 60. Hudson City Bancorp | A | Dividend | J | T | | | | | |
| 61. Harken Energy Corp. | A | Dividend | J | T | | | | | |
| 62. Toyota Motor Company Common Stock | A | Dividend | J | T | | | | | |
| 63. US Bancorp | A | Dividend | K | T | | | | | |
| 64. Investor's Savings Bank, Common Stock | A | Dividend | J | T | | | | | |
| 65. Merck & Co., Common Stock | A | Dividend | J | T | | | | | |
| 66. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 67. Yum! Corporation | A | Dividend | J | T | | | | | |
| 68. Verizon | A | Dividend | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal       R =Cost (Real Estate Only)       S =Assessment       T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oracle Corporation Common Stock | A | Dividend | J | T | | | | | |
| 70. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 71. AT & T | A | Dividend | J | T | | | | | |
| 72. Blackrock Global Resources | A | Dividend | K | T | | | | | |
| 73. United Parcel Service, Corp. | A | Dividend | J | T | | | | | |
| 74. Ameriprise Financial Corp. | A | Dividend | J | T | | | | | |
| 75. BBT Corp. common Stock X | A | Dividend | J | T | | | | | |
| 76. CenturyTel Common Stock X | A | Dividend | J | T | | | | | |
| 77. American Greetings Common Stock X | A | Dividend | J | T | | | | | |
| 78. Energen Common Stock X | A | Dividend | J | T | | | | | |
| 79. Integrys Common Stock X | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, - All entries marked with an "X"- No activity during reporting period. These entries were inadvertently omitted from previously filed reports and/or were the result of corporation mergers/acquisitions.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wigenton, Susan D | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWIN                                                                                IL
AND CRIMINAL SANCTIONS (5 U.S.C. ap

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544